**MURPHY ORLANDO LLC**
*Attorneys at Law*

494 BROAD STREET • 5TH FLOOR • NEWARK, NJ 07102
*tel* 201.451.5000 • *fax* 201.451.5000
WWW.MURPHYORLANDO.COM

February 23, 2026

**Via CM/ECF**
The Honorable Jamel K. Semper
United States District Judge
United States District Court
Martin Luther King, Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: *United States v. Jayson Setera*; 25-CR-802**

Your Honor:

As you are aware, pursuant to the Criminal Justice Act, the undersigned represents the Defendant, Jayson Setera, in the above-referenced matter. As Your Honor is aware, Mr. Setera has requested that he be appointed new counsel in this matter. The undersigned respectfully requests a conference – potentially telephonically – to discuss this matter at Your Honor's earliest convenience. With the trial date approaching and trial preparations underway, the undersigned would greatly appreciate clarity as to the status of my representation of Mr. Setera.

If you have any questions, please do not hesitate to contact me. Thank you for your time and attention to this matter.

Respectfully Submitted,

**MURPHY ORLANDO, LLC**

Tyler Newman

______________________________
Tyler Newman, Esq.

cc: AUSAs Robert Toll and Matthew Specht (via ECF/CM)