# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# NEWARK

## Minutes of Proceedings

Judge: **Hon. Jamel K. Semper** Date: April 14, 2026

Deputy Clerk: Shea Smith

Court Reporter: Laurie Engemann

**Title of Case:** Docket # **CR. 25-802(JKS)**

*United States v. Jason Setera*

**Appearances:**
Robert Toll, Esq. and Matthew Specht, Esq. AUSA for the United States of America
Tyler Newman, Esq., CJA for the defendant

**Nature of Proceedings: Jury Trial Continued**
Defendant present.
Jury present at 9:45 a.m.
Ordered 12 jurors and 2 alternates sworn.
Challenges: 13
Jury provided with preliminary instructions.
Robert Toll opens for the Government.
Tyler Newman opens for the Defendant.
Stipulation No. 5 read into the record on the Government's exhibits 208, 211, 213, 401-C, and 404-A.
Special Agent Jaclyn Duchene sworn for the Government.
Break from 11:25 a.m. until 11:35 a.m.
Jury present.
Special Agent Jaclyn Duchene resumes on cross and direct.
Officer Anthony Cooper sworn for the Government.
Lunch recess from 12:45 p.m. to 1:30 p.m.
Jury present.
Special Agent Nicole Disch sworn for the Government.
Special Agent Daniel Reed sworn for the Government.
Break from 2:45 p.m. to 3:00 p.m.
Government rested.

Jury instructions given to the jury.
Jury excused at 3:05 p.m.
Conference with counsel held on the record.
Hearing on the Defendant's Rule 29 Motion for Judgement of Acquittal.
Order motion denied.
Trial with jury adjourned at 3:15 p.m. until April 15, 2026, at 9:30 a.m.
Ordered defendant remanded.

Time Commenced: 9:45 a.m.
Time Adjourned: 3:15 p.m.
Total Time: 4 hours 35 minutes

Shea M. Smith
Shea Smith, Courtroom Deputy