UNITED STATES DISTRICT COURT

DISTRICT of NEW JERSEY

CR. 25-CR-802

Jury Communication # 1

UNITED STATES v. JAYSON SETERA

We have reached a verdict

DATE: 4/15/26

FOREPERSON: [redacted]