**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAYSON SETERA | CR. NO. 25-802 (JKS)<br><br>NOTICE OF MOTION FOR A JUDGMENT OF ACQUITTAL |

TO: Robert Toll, Assistant U.S. Attorney
Matthew Specht, Assistant U.S. Attorney
United States Attorney's Office
District of New Jersey
970 Broad St., Suite 700
Newark, NJ 07102

**PLEASE TAKE NOTICE** that the undersigned attorney for the defendant, JAYSON SETERA, in the above-captioned action, will move before the Honorable Jamel K. Semper, United States District Judge for the District of New Jersey, for the following relief:

I. An Order entering a Judgment of Acquittal pursuant to Fed. R. Crim. P. 29.

**PLEASE TAKE FURTHER NOTICE** that, in support of these motions, Mr. Setera shall rely upon the memorandum submitted herewith. A proposed form of Order is also submitted herewith.

Dated: April 29, 2026

**MURPHY ORLANDO LLC**
494 Broad St., 5th Floor
Newark, NJ 07102
201.451.5000
*Attorneys for Jayson Setera*

By: Tyler Newman
Tyler Newman, Esq.